# UNITED STATES DISTRICT COURT
Western District of Arkansas
## U.S. Probation / Pretrial Services

**Myron Smith**                                          319 Federal Building and U. S. Courthouse
Chief U.S. Probation Officer                                           35 East Mountain Road
                                                              Fayetteville, Arkansas 72701
                                                                        (479) 442-9892
                                                                  Fax - (479) 442-5276

December 22, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

> **RE:    HULEN, Kenneth Dean**
> **Docket No.: 3:07CR30004-001**
> **VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision in this case.  Hulen was sentenced by Your Honor on May 22, 2008, for Failure to Update Registration as a Sex Offender.  Hulen was sentenced to 15 months of imprisonment, 5 years of supervised release, $1,500 fine, $100 special assessment, and several special conditions.  The offender's term of supervised release commenced on June 18, 2008.

On December 12, 2008, Hulen was involved in a domestic disturbance with his wife and son in West Fork, Arkansas.  On December 15, 2008, Hulen advised me that he was issued a citation for disorderly conduct over the weekend.  Hulen said that he and his wife are currently separated.  He stated that his wife and young child came to his residence to visit him.  Hulen stated that his wife had been drinking alcohol, and she was intoxicated.  Hulen advised that his wife was attempting to drive back to Bentonville with their son.  Hulen said that he would not allow his wife to take their son while she was intoxicated.  Hulen said that he and his wife began arguing loudly outside the residence. Police were called to the scene, and a neighbor told police that Hulen was using very loud profanity with children in the area. Hulen said that his wife was arrested for public intoxication, and he was given a citation for disorderly conduct.  On December 18, 2008, the incident report was obtained from the West Fork Police Department, and it matched the information reported by the offender.

Hulen, Kenneth
Violation Report
December 22, 2008
Page Two


Hulen was reprimanded for his actions, and he was reminded of his conditions of supervision. Hulen expressed his remorse and said that he has trouble controlling his temper. It is respectfully recommended that no action be taken at this time. If further information is needed or required, please advise.


Respectfully submitted,                    ✓ Take No Action

*Trent M. Thompson*

____ Submit Petition for a Violation Hearing

Trent M. Thompson                          ____ Other_____
U.S. Probation Officer                     _____
                                           _____
                                           _____
                                           _____
Reviewed by:                               _____
                                           _____
                                           _____

William E. Dunn Jr.
Supervising U.S. Probation Officer

                                                              12/31/08
                              Honorable Jimm Larry Hendren        Date
                              Chief U.S. District Judge


U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 3 1 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK