**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

        **v.**         **Criminal NO. 07-30004-001**

**KENNETH DEAN HULEN**                                                         **DEFENDANT**

**O R D E R**

    Now on this 6th day of February, 2009, the captioned matter comes on for consideration. Defendant was convicted of failing to register as a sex offender as required by the Sex Offender Registration And Notification Act, **18 U.S.C. §2250.** On appeal of his conviction, the Eighth Circuit Court of Appeals held that **§2250** punishes only offenders who travel in interstate commerce after the date of its enactment. The case was remanded for further proceedings consistent with this opinion. The Mandate issued on February 5, 2009.

    It is undisputed that defendant's last interstate travel predated the enactment of **§2250.** The Court finds, therefore, that defendant's conviction should be vacated and the indictment returned against him on May 9, 2007, should be dismissed.

    **IT IS THEREFORE ORDERED** that defendant's conviction in this matter is **vacated.**

    **IT IS FURTHER ORDERED** that the indictment returned against defendant on May 9, 2007, is **dismissed.**

    **IT IS SO ORDERED.**

                                                         **/s/ Jimm Larry Hendren**
                                                         **JIMM LARRY HENDREN**
                                                         **UNITED STATES DISTRICT JUDGE**